UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANN MARIE KLOTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05-CV-1034 CAS |
| | ) |
| CORVEL HEALTHCARE CORPORATION | ) |
| and THERESA NEUHAUS, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF REMAND

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this matter is **REMANDED** to the Circuit Court of the St. Louis County, State of Missouri, for lack of subject matter jurisdiction.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  9th  day of November, 2005.